IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD HALL,** | : | CIVIL ACTION NO. 1:22-CV-951 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **C/O S. CRAMER,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of January, 2024, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED with prejudice for plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. Defendant's motion for summary judgment (Doc. 18) is DENIED without prejudice as moot.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania